# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY DAJON HAYNES

NO. 2024 KW 1086

JANUARY 13, 2025

---

In Re:     State of Louisiana, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           10-17-0333.

---

BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.

**WRIT GRANTED.** A timely filed application for postconviction relief shall be dismissed upon a showing by the State of prejudice to its ability to respond to, negate, or rebut the allegations of the petition caused by events not under the control of the State which have transpired since the date of original conviction. See La. Code Crim. P. art. 930.8(B). Here, the State established that its ability to respond to the defendant's application for postconviction relief has been materially prejudiced by trial counsel's death. The district court's decision to overrule the State's procedural objection and to grant an evidentiary hearing is reversed. Accordingly, the matter is remanded to the district court for further proceedings in compliance with this court's action.

                              CHH
                              BDE

        **Theriot, J.,** dissents and would not consider the untimely writ. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT